[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1207.]

THE STATE OF OHIO, APPELLEE, *v.* DICUS, APPELLANT.

[Cite as *State v. Dicus*, 1997-Ohio-173.]

*Appeal and certification dismissed as improvidently allowed.*

(Nos. 96-615 and 96-616—Submitted May 21, 1997—Decided July 2, 1997.)

APPEAL from and CERTIFIED by the Court of Appeals for Hardin County, No. 6-95-12.

————————————

*Steven D. Christopher*, for appellant.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————